UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILLIAM FARRINGTON,

                Plaintiff,

-against-

JEWISH VOICE INC.,

                Defendant.

**MEMORANDUM & ORDER**

**21-cv-1575 (NGG) (AYS)**

NICHOLAS G. GARAUFIS, United States District Judge.

Pending before the court is Plaintiff William Farrington's motion for default judgment against Defendant Jewish Voice Inc. Farrington alleges copyright infringement in violation of the Copyright Act, 17 U.S.C. §§ 106, 501 and removal or alteration of copyright management information in violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202. (*See* Mot. for Default J. (Dkt. 11).) This motion was referred to Magistrate Judge Anne Y. Shields for a report and recommendation ("R&R"). (*See* Sept. 20, 2021 Order Referring Mot.) Magistrate Judge Shields issued the annexed R&R on February 7, 2022, recommending the court grant Plaintiff's motion. (*See* R&R (Dkt. 16).)

No party has objected to Magistrate Judge Shields's R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). Therefore, the court reviews the R&R for clear error. *See Velasquez v. Metro Fuel Oil Corp.*, 12 F. Supp. 3d 387, 397 (E.D.N.Y. 2014). Having found none, the court ADOPTS the R&R in full and awards Plaintiff $6,500 in damages and $400 in costs for the reasons stated in the R&R.

SO ORDERED.

Dated:    Brooklyn, New York
           February 23, 2022

                                          s/Nicholas G. Garaufis
                                          NICHOLAS G. GARAUFIS
                                          United States District Judge